# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2012

145959

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                          SC: 145959
                                          COA: 304392
                                          Macomb CC: 2009-003721-FH

DEIRDRE MARIE CRENSHAW,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the August 14, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012

p1217

_____
Clerk